Donald Charles Schwartz, Esq. (SBN 122476)
Law Office of Donald C. Schwartz
7960 Soquel Drive, No. 291
Aptos, CA  95003
831-331-9909; Facsimile 815-301-6556
Email: triallaw@cruzio.com
donald@lawofficedonaldschwartz.com

Attorney for Plaintiffs
Edward R. Stolz, II; Royce International Broadcasting, Inc.

UNITED STATES DISTRICT COURT,

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD R. STOLZ, II; ROYCE INTERNATIONAL BROADCASTING, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> RYAN J. WORKS; McDONALD CARANO; SETH ADAMS; WOODBURN and WEDGE; DAVID WINTERTON; WINTERTON AND ASSOCIATES; and DOES 1 through 50, inclusive, <br><br> Defendants. <br> _____ | No. <br><br> **COMPLAINT FOR DAMAGES** <br><br> **JURY TRIAL DEMANDED** |

COMES NOW PLAINTIFFS EDWARD R. STOLZ, II; ROYCE INTERNATIONAL BROADCASTING, INC. who alleges as follows:

### SUMMARY

This is an action to recover for legal malpractice resulting in loss of plaintiff's assets.

### DEMAND FOR JURY TRIAL

Plaintiffs Plaintiffs Edward R. Stolz, II; Royce International Broadcasting, Inc. demand a jury trial of this civil action.

1

## JURISDICTION

4      This United States District Court has subject matter jurisdiction over this matter pursuant to 28 United States §1331, which provides district courts with "jurisdiction over civil actions arising under the United States Constitution or laws of the United States."

## VENUE

5.     Venue is appropriate in United States District Court, Northern District of California, California.

## PARTIES

6.     At all times relevant herein, plaintiffs Edward R. Stolz, II; Royce International Broadcasting, Inc. were doing business in the County of Alameda, State of California where the acts, facts and events complained of herein took place.

7.     At all times relevant herein, defendants Ryan J. Works, McDonald Carano, Seth Adams, Woodburn and Wedge, David Winterton, Winterton and Associates is and were attorneys retained by plaintiffs in State of California or doing business within the State of California, Northern District.

8.     The true names and capacities, whether individual, corporate, associate or otherwise of defendants Does 1 through 50, inclusive, are unknown to plaintiffs at this time, who therefore sues said defendants by such fictitious names and when the true names and capacities of such defendants have been ascertained, plaintiff will amend this Complaint accordingly. Plaintiffs are informed and believes, and thereupon alleges, that each defendant designated herein as a Doe is responsible, negligently, intentionally or in some manner, including within the ambit of the operation of a conspiracy, a fraudulent scheme and for the acts, facts, events, representations and happenings hereinafter referred to, and caused injuries and damages proximately thereby to plaintiff, as herein alleged, either through said defendants' own intentional, negligent, fraudulent or other complicit conduct or through the conduct of their agents, servants or employees, or in some other manner, including ratification.

9.     Plaintiff is informed and believes, and thereupon alleges, that at all times stated herein defendants, and each of them, were the agents, servants, employees, alter egos, joint

venturers and/or conspirators of and with their co-defendants and were as such acting within the scope, course and authority of such agency, employment, joint venture and/or conspiracy, and that each and every defendant, as aforesaid, when acting as a principal, was negligent in the selection and hiring of each and every other defendant as agent, servant, employee and/or joint venturer, including within the ambit of the operation of a conspiracy.

## **GENERAL ALLEGATIONS**

10. On or about March 1, 2023, defendants, and each of them, were retained to represent plaintiffs in the United States Bankruptcy Court for the District of Nevada.

12. Each and every defendant failed to perform as agreed and caused injury thereby.

## **FIRST CAUSE OF ACTION**

(Legal Malpractice against all Defendants)

13. Plaintiffs by this reference incorporate paragraphs 1 through 12, inclusive, as if fully set forth herein.

14. At all times relevant herein defendant owed said plaintiffs a professional duty of due care.

15. At all times relevant herein, defendants breached said duties of care owed to said plaintiffs.

16. As a proximate result of the breaches of due care by defendants, and each of them, said plaintiffs have suffered non-reimbursed general and special damages, including, inter alia, real and personal property.

As a result of such injuries, said plaintiffs have suffered general and special damages in amounts according to proof but in the amount of $100.0 million or more.

WHEREFORE, complainants pray judgment against defendants, and each of them, as follows:

[1]   For general damages in the sum of $50.0 million or as according to proof.

[2]   For special damages, including lost income, profits, and the like in the amount of $50.0 million or according to proof.

3

[3]     For pre-judgment interest.

[4]     For such other and further relief as the court deems just and proper.

Date: February 29, 2024

*/s/ Donald Charles Schwartz*
_____
Donald C. Schwartz
Attorney for Plaintiffs

4