1 | Donald Charles Schwartz, Esq. (SBN 122476)
2 | Law Office of Donald C. Schwartz
3 | 7960 Soquel Drive, No. 291
  | Aptos, CA  95003
4 | 831-331-9909; Facsimile 815-301-6556
  | Email: triallaw@cruzio.com
5 |         donald@lawofficedonaldschwartz.com

Attorney for Plaintiffs
Edward R. Stolz, II;
Royce International Broadcasting, Inc.

UNITED STATES DISTRICT COURT,

NORTHERN DISTRICT OF CALIFORNIA

| EDWARD R. STOLZ, II; ROYCE INTERNATIONAL BROADCASTING, INC., | ] No. 4:24-cv-01251-DMR |
|---|---|
| Plaintiffs, | ] Chief Magistrate Donna M. Ryu |
| vs. | ] **NOTICE OF MOTION AND MOTION TO BE RELIEVED OF REPRESENTATION; MEMORANDUM OF POINTS AND AUTHORITIES** |
| RYAN J. WORKS; McDONALD CARANO; SETH ADAMS; WOODBURN and WEDGE; DAVID WINTERTON; WINTERTON AND ASSOCIATES; and DOES 1 through 50, inclusive, | ] Date: 4/25/24<br>] Time: 1:00 PM<br>] Location: United States District Court,<br>] Northern District of California, Oakland<br>] Courtroom 4, Third Floor |
| Defendants. | |

**NOTICE OF MOTION**

To the Court, all parties and their attorneys of record:

PLEASE TAKE NOTICE that on April 25, 2024 in Courtroom 4 in the United States District Court, Northern District, Oakland, the Chief Magistrate Donna M. Ryu presiding, at the above stated time and place, under authority of the Federal Rules of Civil Procedure, Plaintiffs'

1

Counsel Donald Charles Schwartz hereby brings on a Motion to be Relieved of the Representation of Edward R. Stolz, II and Royce International Broadcasting, Inc.

The Motion is and will be based on the breakdown of the attorney-client relationship.

The Motion will be based on this Notice, the accompanying Memorandum of Points and Authorities, the accompanying Declaration of Donald Charles Schwartz, Esq. and any oral argument the Court may receive.

Respectfully submitted,

Dated: March 12, 2024

*/s/ Donald Charles Schwartz*
Donald Charles Schwartz
Attorney for Plaintiffs
Edward R. Stolz, II and Royce International Broadcasting Corporation

## MEMORANDUM OF POINTS AND AUTHORITIES

Movant Donald Charles Schwartz submits the following Memorandum of Points and Authorities in Support of Motion to be Relived of Representation:

**I.    Breakdown in Attorney-Client Relationship**

As set forth in the accompanying Declaration of Donald Charles Schwartz there has been a breakdown in the attorney-client relationship between plaintiffs Edward R. Stolz, II and Royce International Broadcasting, Inc and their attorney (Schwartz). For this reason, plaintiffs' attorney Schwartz can no longer represent Edward R. Stolz, II and Royce International Broadcasting, Inc. in this action.

**II.    Conclusion**

For the reasons set forth herein, movant Donald Charles Schwartz requests an order relieving him of the representation of plainitiffs Edward R. Stolz, II and Royce International Broadcasting, Inc. herein.

//

//

2

Dated: March 12, 2024

Respectfully submitted,

*/s/ **Donald Charles Schwartz***

Donald Charles Schwartz
Attorney for Plaintiffs
Edward R. Stolz, II and Royce International Broadcasting Corporation

3