Donald Charles Schwartz, Esq. (SBN 122476)
Law Office of Donald C. Schwartz
7960 Soquel Drive, No. 291
Aptos, CA 95003
831-331-9909; Facsimile 815-301-6556
Email: triallaw@cruzio.com
　　　donald@lawofficedonaldschwartz.com

Attorney for Plaintiffs
Edward R. Stolz, II;
Royce International Broadcasting, Inc.

UNITED STATES DISTRICT COURT,

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD R. STOLZ, II; ROYCE INTERNATIONAL BROADCASTING, INC., <br><br>　　　　　　　Plaintiffs,<br><br>　vs.<br><br>RYAN J. WORKS; McDONALD CARANO; SETH ADAMS; WOODBURN and WEDGE; DAVID WINTERTON; WINTERTON AND ASSOCIATES; and DOES 1 through 50, inclusive,<br><br>　　　　　　　Defendants.<br>_____ | ] No. 4:24-cv-01251-DMR<br>]<br>] Chief Magistrate Donna M. Ryu<br>]<br>] **DECLARATION OF DONALD**<br>] **CHARLES SCHWARTZ, ESQ. IN**<br>] **SUPPORT OF MOTION TO BE**<br>] **RELIEVED OF REPRESENTATION**<br>]<br>] Date: 4/25/24<br>] Time: 1:00 PM<br>] Location: United States District Court,<br>] Northern District of California, Oakland<br>] Courtroom 4, Third Floor<br>] |

　　　I, Donald Charles Schwartz, declare:

　　　I am licensed to engage the practice of law in the State of California and United States District Court, Northern District of California. If called as a witness, I could and would competently testify as set forth herein.

　　　There has been a breakdown in the attorney-client relationship between plaintiffs Edward

1

R. Stolz, II and Royce International Broadcasting, Inc and myself.

For this reason, I can no longer represent Edward R. Stolz, II and Royce International Broadcasting, Inc. in this action.

Plaintiffs Edward R. Stolz, II and Royce International Broadcasting, Inc. mailing address is: P.O. Box 1300, Fair Oaks, CA 95628.

Plaintiffs Edward R. Stolz, II and Royce International Broadcasting, Inc. telephone number is: 916-367-8021.

Plaintiffs Edward R. Stolz, II and Royce International Broadcasting, Inc. email address is: edward_stolz@comcast.net.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: March 12, 2024

*/s/ Donald Charles Schwartz*

Donald Charles Schwartz