Donald Charles Schwartz, Esq. (SBN 122476)
Law Office of Donald C. Schwartz
7960 Soquel Drive, No. 291
Aptos, CA  95003
831-331-9909; Facsimile 815-301-6556
Email: triallaw@cruzio.com
　　　　donald@lawofficedonaldschwartz.com

Attorney for Plaintiffs
Edward R. Stolz, II; Royce International Broadcasting, Inc.

UNITED STATES DISTRICT COURT,

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD R. STOLZ, II; ROYCE INTERNATIONAL BROADCASTING, INC., <br><br>　　　　　　　Plaintiffs, <br><br>　vs. <br><br>RYAN J. WORKS; McDONALD CARANO; SETH ADAMS; WOODBURN and WEDGE; <br>DAVID WINTERTON; WINTERTON AND ASSOCIATES; and DOES 1 through 50, inclusive, <br><br>　　　　　　　Defendants. <br>_____ | No. 4:24-cv-01251-DMR <br><br>Chief Magistrate Donna M. Ryu <br><br>**ORDER GRANTING MOTION TO BE RELIEVED OF REPRESENTATION FOR PLAINTIFFS EDWARD R. STOLZ, II; ROYCE INTERNATIONAL BROADCASTING, INC.** <br><br>Date: 4/25/24 <br>Time: 1:00 PM <br>Location: United States District Court, Northern District of California, Oakland Courtroom 4, Third Floor |

After due consideration of all of the relevant pleadings, papers and records in this action; and upon such oral and documentary evidence or argument as was presented to the Court with respect to the Motion to be Relieved filed by Plaintiffs' counsel of record, Donald Charles Schwartz, for an Order allowing said counsel to withdraw from this action as counsel of record for plaintiffs Edward R. Stolz, II; Royce International Broadcasting, Inc., the Court hereby finds that:

Good cause exists for granting the motion to withdraw. Accordingly,

IT IS HEREBY ORDERED that:

1. The Motion to Withdraw as Attorney of Record for Plaintiffs Edward R. Stolz, II and Royce International Broadcasting, Inc. is granted;

2. Attorney Donald Charles Schwartz is hereby relieved as counsel of record for Plaintiffs Edward R. Stolz, II; Royce International Broadcasting, Inc. and no longer represents said Plainitffs as counsel of record in this action;

3. Plaintiffs Edward R. Stolz, II and Royce International Broadcasting, Inc. are ordered to secure new counsel to represent them in this action, and that new counsel shall file his/her appearance by _____.

4. A copy of this Order shall be served on Plaintiffs Edward R. Stolz, II and Royce International Broadcasting, Inc. at their address at P.O. Box 1300, Fair Oaks, CA 95628.

The Court notes for the record plainitffs' telephone number as: 916-367-8021 and email address as: edward_stolz@comcast.net. This Order shall also be emailed thereto, where this Order shall also be served.

Dated: April __, 2024

_____
Donna M. Ryu
United States Chief Magistrate

2