# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### CIVIL LAW AND MOTION MINUTE ORDER

| | | |
|---|---|---|
| **Date:** 5/2/2024 | **Time:** 1:25-1:35 | **Judge:** DONNA M. RYU |
| **Case No.:** 4:24-cv-01251-DMR | **Case Name:** Edward R. Stolz et al v. Ryan J. Works et al | |

**For Plaintiffs:**
Donald Schwartz

**For Defendants:** No Appearance (Defendants have not yet been served)

**Deputy Clerk:** Ivy Lerma Garcia          **Recorded in Zoom:** 1:25-1:35

### PROCEEDINGS HELD BY ZOOM VIDEOCONFERENCE

1.  Hearing on counsel for Plaintiffs' motion to withdraw [Docket No. 6] held.

    (1) Plaintiffs' deadline to serve the complaint on Defendants is extended to June 26, 2024.  (2) The court will hold a second hearing on counsel's motion to withdraw on June 27, 2024 at 1:00 PM via Zoom videoconference. Plaintiff Edward R. Stolz, II and the principal of Plaintiff Royce International Broadcasting, Inc. (if not Mr. Stolz) must personally appear on Zoom at the June 27 hearing. Counsel shall immediately serve a copy of this minute order on Plaintiffs and file proof of service. Plaintiffs and counsel are reminded that per Civil Local Rule 3-9(b), a corporation or other such entity (such as Plaintiff Royce International) may appear only through a member of the bar of this Court.

**Order to be prepared by:**
( )       Plaintiff              ( )       Defendant              ( )       Court

cc:  Chambers