UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD R STOLZ, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>RYAN J WORKS, et al.,<br><br>　　　　Defendants. | Case No. 24-cv-01251-DMR<br><br>**ORDER TO SHOW CAUSE WHY COUNSEL SHOULD NOT BE SANCTIONED AND WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE** |

　　　　On February 29, 2024, Plaintiffs Edward R. Stolz, II and Royce International Broadcasting, Inc. filed suit in this court. [Docket No. 1.] On March 12, 2024, Plaintiffs' counsel filed a motion to withdraw. [Docket No. 6.] The court set a hearing on the motion to withdraw for May 2, 2024 and ordered Plaintiffs (Mr. Stolz and the principal of Royce International Broadcasting, Inc.) to personally appear at the hearing. [Docket No. 8.] At the May 2 hearing, Plaintiffs' counsel appeared, but Plaintiffs did not. [Docket No. 12.] The court scheduled a second hearing on the motion to withdraw for June 27, 2024 and again ordered Plaintiffs to personally appear. *Id.* The court also extended the deadline for Plaintiffs to serve the complaint on Defendants to June 26, 2024. *Id.*

　　　　At the June 27 hearing, neither Plaintiffs nor Plaintiffs' counsel made an appearance. [Docket No. 14.] In addition, the complaint has still not been served on Defendants. Plaintiffs' counsel Donald Charles Schwartz is ordered to show cause why he should not be sanctioned for his failure to appear at the June 27 hearing. Plaintiffs' counsel shall respond by **July 8, 2024**. Separately, Plaintiffs are ordered to show cause why this case matter should not be dismissed for failure to prosecute by failing to appear at the May 2 and June 27 hearings in violation of the court's orders, and by failing to timely serve the complaint. Plaintiffs shall respond by **July 12,**

**2024**.  Failure to respond by July 12, 2024 may result in dismissal of this action.

Plaintiffs' counsel shall immediately serve a copy of this order on Plaintiffs and file proof of service.

**IT IS SO ORDERED.**

Dated: June 27, 2024



Donna M. Ryu
Chief Magistrate Judge