FILED

Jul 12 2024

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD R STOLZ, et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>RYAN J WORKS, et al.,<br><br>　　　　Defendants. | Case No.  24-cv-01251-DMR<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE** |

　　　　On February 29, 2024, Plaintiffs Edward R. Stolz, II and Royce International Broadcasting, Inc. filed suit in this court. [Docket No. 1.]  On March 12, 2024, Plaintiffs' counsel filed a motion to withdraw.  [Docket No. 6.]  The court set a hearing on the motion to withdraw for May 2, 2024 and ordered Plaintiffs (Mr. Stolz and the principal of Royce International Broadcasting, Inc. if someone other than Mr. Stolz) to personally appear at the hearing.  [Docket No. 8.]  At the May 2 hearing, Plaintiffs' counsel appeared, but Plaintiffs did not.  [Docket No. 12.]  The court scheduled a second hearing on the motion to withdraw for June 27, 2024 and again ordered Plaintiffs to personally appear.  *Id.*  The court also extended the deadline for Plaintiffs to serve the complaint on Defendants to June 26, 2024.  *Id.*

　　　　At the June 27 hearing, neither Plaintiffs nor Plaintiffs' counsel made an appearance.  [Docket No. 14.]  In addition, the complaint has still not been served on Defendants.  On June 27, 2024, the court issued an order to show cause why this case matter should not be dismissed for failure to prosecute by failing to appear at the May 2 and June 27 hearings in violation of the court's orders, and by failing to timely serve the complaint.  [Docket No. 15.]  Plaintiffs' counsel was ordered to serve a copy of the order to show cause on Plaintiffs and file proof of service.  Counsel did not file a proof of service.  It is therefore not clear whether Plaintiffs received notice of the June 27, 2024 order to show cause.

The court now serves this order to show cause on Plaintiffs directly, and grants Plaintiffs a final opportunity to show cause why this case matter should not be dismissed for failure to prosecute. Plaintiffs shall respond by **July 26, 2024**. Failure to respond by July 26, 2024 may result in a recommendation of dismissal of this action.

**IT IS SO ORDERED.**

Dated: July 12, 2024



Donna M. Ryu
Chief Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EDWARD R STOLZ, et al.,

    Plaintiffs,

v.

RYAN J WORKS, et al.,

    Defendants.

Case No.: 4:24-cv-01251-DMR

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that:

(1) I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California; and

(2) On 7/12/2024, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an interoffice delivery receptacle located in the Clerk's office and by electronic mail to: **edward_stolz@comcast.net**

Edward R. Stolz, II
Royce International Broadcasting, Inc.
P.O. Box 1300
Fair Oaks, CA 95628

Royce International Broadcasting, Inc.
P.O. Box 1300
Fair Oaks, CA 95628

Dated: 7/12/2024

Mark B. Busby
Clerk of Court, United States District Court

By: _____
Ivy Lerma Garcia, Deputy Clerk to
the Honorable Donna M. Ryu

*Service_Certificate _CRD*
*rev. August 2018*