1
2
3
4
5

Donald Charles Schwartz, Esq. (SBN 122476)
Law Office of Donald C. Schwartz
7960 Soquel Drive, No. 291
Aptos, CA  95003
831-331-9909; Facsimile 815-301-6556
Email: triallaw@cruzio.com
      donald@lawofficedonaldschwartz.com

6
7
8

Attorney for Plaintiffs
Edward R. Stolz, II;
Royce International Broadcasting, Inc.

9

UNITED STATES DISTRICT COURT,

10

NORTHERN DISTRICT OF CALIFORNIA

11
12
13

EDWARD R. STOLZ, II; ROYCE
INTERNATIONAL BROADCASTING,
INC.,

                       Plaintiffs,

      vs.

RYAN J. WORKS; McDONALD CARANO;
SETH ADAMS; WOODBURN and
WEDGE;
DAVID WINTERTON; WINTERTON AND
ASSOCIATES; and DOES 1 through 50,
inclusive,

                     Defendants.
_____

] No. 4:24-cv-01251-DMR
]
] Chief Magistrate Donna M. Ryu
]
]**DECLARATION OF DONALD CHARLES**
]**SCHWARTZ, ESQ. RE: ORDER TO**
]**SHOW CAUSE**
]
]
]
]
]
]
]
]
]
]

I, Donald Charles Schwartz, declare:

I am licensed to engage the practice of law in the State of California and United States District Court, Northern District of California. If called as a witness, I could and would competently testify as set forth herein.

There has been a breakdown in the attorney-client relationship between plaintiffs Edward

R. Stolz, II, Royce International Broadcasting, Inc and myself. I filed a Motion to Withdraw and the Court never heard the motion. I am not able to move forward with this case as a result of this breakdown.

Now, Edward R. Stolz, II Chapter 13 pending in the United States Bankruptcy Court for the State of Nevada has been converted to a Chapter 7. I have not been retained by the U.S. Bankruptcy Trustee, nor has the asset of this litigation been abandoned by the U.S. Bankruptcy Trustee.

I have notified the U.S. Bankruptcy Trustee of the pendency of this action (i.e., asset of the bankruptcy estate). The U.S. Trustee has provided no instructions.

I have also apprised the clients of this Order to Show Cause.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: July 26, 2024

*/s/ Donald Charles Schwartz*

Donald Charles Schwartz

1
2
3
4

## PROOF OF SERVICE BY OVERNIGHT MAIL

5

   I am employed in the county of Santa Cruz, State of California.  I am over the age of 18

6

years and not a party to the within action; my business address is 7960-B Soquel Drive, No.

7

291, Aptos, CA 95003.

8

   On 07/26/24, I served the following documents:

9
10

**DECLARATION OF DONALD CHARLES SCHWARTZ RE: ORDER TO SHOW
CAUSE**

11
12

on the parties to said matter by causing a true copy of said document(s) to be emailed as set
forth below:

13
14

   Jacob Houmand - jhoumand@houmandlaw.com

15

   Edward R. Stolz, II - wa6yqs@gmail.com

16
17

   I declare under the penalty of perjury under the laws of the State of California that the

18

foregoing is true and correct.  Executed in Aptos, California on July 26, 2024.

19
20

   */s/ Donald Charles Schwartz*

21

   _____

22
23
24
25
26
27
28

3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28