John S. Sargetis SBN 80630
3301Watt Ave., Suite 500
Sacramento, CA 95821
Phone: (916) 225-3600
Email: j.sargetis@comcast.net

Attorney for plaintiffs specially
 appearing only for this response
 to the Order to Show Cause

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EDWARD R. STOLZ , et al. | ) | Case No.: 24-cv-01251-DMR |
| | ) | |
| Plaintiffs, | ) | **DECLARATION OF EDWARD** |
| | ) | **STOLZ RE ORDER TO SHOW** |
| v. | ) | **CAUSE WHY CASE SHOULD** |
| | ) | **NOT BE DISMISSED FOR** |
| RYAN J WORKS, et al. | ) | **FAILURE TO PROSECUTE** |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

I, Edward Stolz, am a plaintiff in the above entitled action. I am making this declaration of my own personal knowledge in response to the Order to Show Cause filed in this matter on July 12, 2024 and if called upon to testify would verify the truthfulness of the statements made herein.

Attorney Donald Charles Schwartz is the attorney of record in the above entitled action who filed the Complaint thereon on February 29, 2024. Although unbeknownst to me until July 16 2024 Mr. Schwartz filed a Motion to Withdraw on March 12, 2024 which is still pending. The motion was set for hearing on May 2, 2024. As the court indicated in its OSC Mr. Schwartz appeared on May 2, 2024 but I did not. However, I never received the notice of the motion to withdraw in order to appear on May 2, 2024 and thus did not appear.   This court then continued the Motion to Withdraw to June 27, 2024. However, again, I was not notified by Mr. Schwartz or anyone to appear on June 27, 2024. As this court indicated in its OSC neither Mr. Schwartz nor I appeared at the June 27, 2024 hearing on his motion to withdraw. Mr. Schwartz obviously knew about the continuance to June 27, 2024 because he was present on May 2, 2024.

1

This OSC was issued for failure to serve the Complaint. However, I cannot serve a lawsuit on a defendant. My attorney has that responsibility. Donald Schwartz is solely responsible to cause the lawsuit to be served as he is attorney of record. I maintain his responsibility to serve the lawsuit does not end by the filing of a motion to withdraw. He is still attorney of record until the court allows him to withdraw. He could have applied to this court for an order allowing service to be made by a later date. This would have allowed plaintiffs time to find another attorney. He did not do this and is solely responsible for this OSC to have been issued. It was his motion to withdraw, only he knew the motion was being continued to June 27, 2024, and he chose not to appear on that date. This would have allowed plaintiffs time to find another attorney. He also knew the motion was continued to June 27, 2024 but didn't appear on that date. Understandably the court did not grant the Motion to withdraw on June 27, 2024 but issued this pending OSC.

From about April 1, 2024 through July 11, 2024 I called Mr. Schwartz numerous times for a status on the lawsuit but most of the times I couldn't even leave a voice mail as the recording stated "voicemail full". Other times I left persistent voicemail messages imploring him to return my calls.  He was ignoring me and so I called from a different telephone number on or about July 11, 2024 at which time Mr. Schwartz answered. From that call Mr. Schwartz sent documents to me consisting of this complaint, this OSC and his motion to withdraw. A copy of this document transmission which he sent on July 16, 2024 at 1:23 p.m., is attached hereto. From his email message "Here's the order to show cause re: dismissal and the motion to withdraw", he knew I had not received either document before that date. Until this email I did not have previous knowledge of Mr. Schwartz's motion for withdrawal or this OSC.

I now understand that the instant OSC and previous documents may have been mailed to a PO Box in the Sacramento area. From there, a service is employed to periodically forward the contents to me, at a distance. I have not received a re-mailing of these contents, in a number of weeks.

Under these circumstances and needing time to locate another attorney to represent me and the corporate plaintiff I respectfully request plaintiffs be given 60 days to serve the Complaint.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct

Dated: July 26, 2024

Edward R. Stolz

2

**Donald Schwartz** <donald@lawofficedonaldschwartz.com>     Tue, Jul 16, 2024 at 1:23 PM
To: Edward <

Here's the order to show cause re: dismissal and the motion to withdraw.

If nothing is done by July 26, 2024 then the case will be dismissed.

Donald Charles Schwartz, MBA, JD
Law Office of Donald C. Schwartz
7960-B Soquel Drive, No. 291
Aptos, CA  95003
831-331-9909/Fax: 815-301-6556
donald@lawofficedonaldschwartz.com

Confidentiality, Limitation Of Use, And No Binding Effect
The preceding message contents and any attachments (collectively "Contents") are: (i) solely for the benefit of the person(s) or entity(ies) addressed (collectively "Recipient") and may not be relied upon by any other person(s) or entity(ies) ("Others") for any purpose without specific written permission of Donald Charles Schwartz, Esq. and the Law Offices of Donald C. Schwartz;  (ii) confidential, private and contain non-disclosable information for the exclusive use of the Recipient (iii) protected by the Electronic Communications Act (18 U.S.C.§2510-2521) and or the Health Insurance Portability & Accountability Act of 1996 (42 USC 201) & its privacy rules and may also be legally privileged (including attorney-client or attorney work-product privilege), confidential, proprietary or otherwise protected by law and all downloading, photocopying, distributing or otherwise using the Contents by Others in any way is prohibited; (iv) sent for informational purposes only and unless expressly stated not intended to be an electronic signature for purposes of binding any client of or Donald Charles Schwartz, Esq. and the Law Offices of Donald C. Schwartz to any contract or agreement under the California Uniform Electronic Transaction Act (CA Civil Code §1633.1-1633.17) and all other similar states & federal laws;  (iv) not intended or written and may not be used for the purpose of avoiding federal taxes or penalties nor used to promote, market or recommend any transaction or matter addressed in the Contents (See IRS Circular 230);  (v) Recipient should not save or file electronic or paper copies of the Contents with publicly accessible records, and  (vi) subject to continued application of the foregoing to any subsequent retransmission, publication or disclosure.

**4 attachments**

 **6-1.pdf**
36K

 **6.pdf**
100K

 **6-2.pdf**
95K

**Stolz Works OSC.pdf**
229K

## PROOF OF SERVICE

I, John S. Sargetis declare that I am a citizen of the United States, over 18 years of age, employed in Sacramento County, and not a party to the within action. My business address is 3301 Watt Avenue, Suite 500 Sacramento, California 95821.My email address is j.sargetis@comcast.net

I served a copy of the following document:

DECLARATION OF EDWARD STOLZ RE ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE

 in this action as follows to:

Donald Schwartz, Attorney at Law

[ X ]  BY E-Mail: By transmitting the foregoing documents to his e-mail addresses donald@lawofficedonaldschwartz.com

I declare under penalty of perjury that the foregoing is true and correct.  Executed at Sacramento, California on July 26, 2024

John S. Sargetis