UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EDWARD R STOLZ, et al.,

    Plaintiffs,

v.

RYAN J WORKS, et al.,

    Defendants.

Case No. 24-cv-01251-DMR

**ORDER**

Briefly, the court sets out the facts necessitating this order.

On February 29, 2024, Plaintiffs Edward R. Stolz, II and Royce International Broadcasting, Inc. filed suit in this court. [Docket No. 1.] On March 12, 2024, Plaintiffs' counsel Donald Charles Schwartz filed a motion to withdraw. [Docket No. 6.] Schwartz certified that he served the motion on Plaintiffs. [Docket No. 7.] The court set a hearing on the motion to withdraw for May 2, 2024 and ordered Plaintiffs to personally appear at the hearing. [Docket No. 8.] The court also ordered Schwartz to serve Plaintiffs with notice of the hearing; Schwartz filed another certificate of service. [Docket No. 10.] At the May 2 hearing, Schwartz appeared, but Plaintiffs did not. [Docket No. 12.] The court scheduled a second hearing on the motion to withdraw for June 27, 2024, again ordering Plaintiffs to personally appear, and again ordering Schwartz to serve notice on Plaintiffs. *Id.* The court also extended the deadline for Plaintiffs to serve the complaint on Defendants to June 26, 2024. *Id.*

Schwartz failed to serve Plaintiffs. At the June 27 hearing, neither Plaintiffs nor Schwartz made an appearance. [Docket No. 14.] On June 27, 2024, the court issued an order to show cause why this case matter should not be dismissed for failure to prosecute, and ordered Schwartz to serve a copy on Plaintiffs. [Docket No. 15.] Schwartz again failed to serve Plaintiffs. As a last-ditch effort, on July 12, 2024 the court attempted to serve an order to show cause directly to the

address on record for Plaintiffs.  [Docket No. 16.]

Plaintiff Stolz and Schwartz have now filed declarations in response to the most recent order to show cause.  Stolz states that he did not receive notice of Schwartz's motion to withdraw or any of the court's hearings or orders until July 16, 2024, after Schwartz emailed them to him—apparently at an email address that is different from Stolz's email on record.  [Docket No. 18.] The mailing address on record is to a PO Box the contents of which are periodically forwarded to Stolz, but it does not appear that notice was ever forwarded to Stolz by mail.  *Id.*  Stolz states that he called Schwartz numerous times from April 1 to July 11, 2024 for a status on his lawsuit, but Schwartz never responded until Stolz called from a different phone number.  *Id.*  Stolz requests time to locate another attorney to represent him and an extension to the deadline to serve the complaint.  *Id.*  Schwartz, for his part, offers no explanation for his total failure to notify his client of the motion to withdraw until July 16, 2024.  [Docket No. 18.]

Plaintiffs are granted until **September 13, 2024** to have a new attorney make an appearance in this case and to serve the complaint on Defendants.  By **August 13, 2024**, Plaintiffs must send their correct contact information (mailing address, email, and phone number) to the Clerk's Office (United States District Court, 1301 Clay Street, Suite 400S, Oakland, CA 94612). Plaintiffs shall address the information to Ivy Garcia and shall include the case name and number.

The court will hold a third hearing on counsel's motion to withdraw on **September 26, 2024 at 1:00 PM** via Zoom videoconference.  Schwartz, Stolz, and the principal of Royce International Broadcasting, Inc. (if not Stolz) must personally appear on Zoom at the hearing, as well as Plaintiffs' new counsel, upon penalty of sanctions.  Plaintiffs are reminded that per Civil Local Rule 3-9(b), a corporation or other such entity (such as Royce International) may appear only through a member of the bar of this Court.  The Initial Case Management Conference set for September 18, 2024 is CONTINUED to September 26, 2024 to coincide with the motion to withdraw hearing.  The joint case management statement is due on **September 19, 2024**.

**Schwartz shall immediately serve a copy of this order on Plaintiffs and file proof of service.**  The court reminds Schwartz that he is still counsel of record, and he must follow all court orders including filing proofs of service and appearing at hearings.

1     **IT IS SO ORDERED.**

2     Dated: July 30, 2024



Donna M. Ryu
Chief Magistrate Judge