UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD R STOLZ, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>RYAN J WORKS, et al.,<br><br>    Defendants. | Case No. 24-cv-01251-DMR<br><br>**REQUEST FOR REASSIGNMENT TO DISTRICT JUDGE AND REPORT AND RECOMMENDATION TO DISMISS COMPLAINT WITHOUT PREJUDICE** |

    Plaintiffs filed this complaint on February 29, 2024 alleging legal malpractice against Defendants. [Docket No. 1 (Compl.).] It has not yet been served. On August 20, 2024, the court received a filing from the Chapter 7 Trustee of the bankruptcy case *In re Edward R. Stolz, II*, Case No. BK-S-24-10385-ABL, currently pending in United States Bankruptcy Court, District of Nevada. [Docket No. 20 (Trustee's Notice).] The Trustee takes the position that the instant litigation is part of the debtor's estate. *Id.* at 2. The Trustee requested that the court dismiss Plaintiffs' case without prejudice so that the Trustee may review the allegations and, if appropriate, file the complaint in the District of Nevada. *Id.* at 4.

    The court granted Plaintiffs until September 12, 2024 to file an objection to the Trustee's request for dismissal. The court warned Plaintiffs that if no objection was filed, the court would recommend that this action be dismissed without prejudice. [Docket No. 21 (Order).] No objection has been filed.

    Since all parties have not consented to the jurisdiction of a magistrate judge pursuant to 28 U.S.C. § 636(c), the court issues this Report and Recommendation and reassigns this case to a district judge for final disposition, with the recommendation that this action be dismissed without prejudice pursuant to the Trustee's request. Accordingly, the Clerk is directed to reassign this case to a district judge. The court also recommends that Plaintiffs' counsel's motion to withdraw be

granted because the Trustee is vested with the exclusive power to raise legal claims on behalf of the bankruptcy estate. *See Est. of Spirtos v. One San Bernardino Cnty. Superior Ct. Case Numbered SPR 02211*, 443 F.3d 1172, 1175 (9th Cir. 2006). The September 26, 2024 motion hearing and case management conference are VACATED. Any party may file objections to this report and recommendation with the district judge within 14 days after being served with a copy. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(a); N.D. Cal. Civ. L.R. 72-2.

**IT IS SO ORDERED.**

Dated: September 17, 2024

DONNA M. RYU
Chief Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD R STOLZ, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>RYAN J WORKS, et al.,<br><br>        Defendants. | Case No.: 4:24-cv-01251-DMR<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that:

(1) I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California; and

(2) On 9/17/2024, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an interoffice delivery receptacle located in the Clerk's office and by electronic mail to: **wa6yqs@gmail.com**

Edward R. Stolz, II
Royce International Broadcasting, Inc.
P.O. Box 1300
Fair Oaks, CA 95628

Royce International Broadcasting, Inc.
P.O. Box 1300
Fair Oaks, CA 95628

Dated: 9/17/2024

                                                        Mark B. Busby
                                                        Clerk of Court, United States District Court

                                                        By: _____
                                                        Ivy Lerma Garcia, Deputy Clerk to
                                                         the Honorable Donna M. Ryu